# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ARIZONA HALL, JR.**                                               **PLAINTIFF**

**V.**                                                        **NO.: 4:21-cv-00173-DMB-JMV**

**UNITED STATES, ET AL.**                                   **DEFENDANTS**

## ORDER

Before the court is the Plaintiff's motion for a copy of the docket sheet. [22]. Having considered the matter and noting the pro se status of the Plaintiff, the motion is granted. The clerk's office is directed to mail a copy of the docket sheet to the Plaintiff via regular mail.

**SO ORDERED** this, the 17th day of June, 2022.

                                               /s/ Jane M. Virden
                                               **UNITED STATES MAGISTRATE JUDGE**